IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LAURA McELDERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-cv-489-ALB |
| | ) | |
| RELIANCE STANDARD LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

On November 7, 2018, the Magistrate Judge filed a Recommendation (Doc. 21) to which timely objections have been filed. (Doc. 22). After an independent and *de novo* review of the record, the Recommendation, and the objections filed to the Recommendation, this Court concludes that Plaintiff's objections should be overruled and the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is ORDERED that:

1.  The Recommendation of the Magistrate Judge (Doc. 21) be and is hereby ADOPTED;

2.  Plaintiff Laura McElderry's objections (Doc. 22) are hereby OVERRULED.

3.  Defendant Reliance Standard Life Insurance Company's Motion to Dismiss (Doc. 6) is GRANTED; Plaintiff's Complaint is DISMISSED with leave to filed an Amended Complaint not later than June 25, 2019, to focus her allegations on her claim for benefits and clarify the remedies that she seeks.

4. To the extent the magistrate judge stayed this matter pending a ruling on the Report and Recommendation, the stay is LIFTED.

**DONE** and **ORDERED** this 29th day of May 2019.

_____/s/ Andrew L. Brasher_____
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE